HBM: USAO#2015R00712



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 MAR 22 PM 5:04

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. RDB-16-0112 |
| | * |
| JOHN GILMORE, | * (Possession of a Firearm by a Felon, 18 |
| | * U.S.C. § 922(g)(1)) |
| Defendant | * |
| | * |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about September 17, 2015, in the District of Maryland, the defendant,

### JOHN GILMORE,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, one Colt .38 caliber handgun bearing serial number 298734, and the ammunition therein in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**JOHN GILMORE,**

shall forfeit to the United States the firearm involved in the commission of the offense, to wit, one Colt .38 caliber handgun bearing serial number 298734, and the ammunition therein in and affecting interstate commerce.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**   3/22/16

Foreperson   Date