U.S. MARSHAL
BALTIMORE, MD
2016 MAR 23 AM 9:15

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 AUG 29 AM 10:41
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 MAR 22 PH 5:04
CLERK'S OFFICE
AT BALTIMORE
BY__K__ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

John Gillmore
*Defendant*

Case No. RDB-16-0112

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Gillmore

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

**Possession of a Firearm by a Felon - 18 U.S.C. § 922(g)(1)**

Date: March 22, 2016

Address: 101 W. Lombard Street
Baltimore, Md. 21201

*Issuing officer's signature*
Timothy J. Sullivan
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/23/16, and the person was arrested on *(date)* 3/29/16
at *(city and state)* Baltimore, MD

Date: _____

*Arresting officer's signature*

RM Frederick SDUSM
*Printed name and title*