AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant      FID 8590315

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| United States of America | ) |
| v. | ) |
|   | ) Case No. RDB-16-112 |
|   | ) |
| **John Gilmore** | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **John Gilmore**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Date: June 29, 2022

*Issuing officer's signature*

Catherine M. Stavlas

*Printed name and title*

Address: 101 W. Lombard Street
Baltimore, Md. 21201

### Return

This warrant was received on *(date)* 06/29/2022, and the person was arrested on *(date)* 01/11/2023
at *(city and state)* Baltimore, MD.

Date: 01/11/2023

*Arresting officer's signature*

Kemal A. Konur, Deputy US Marshal
*Printed name and title*